**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JOSEPH DONNELL WHITE**                                              **PETITIONER**

**VS.**                              **CIVIL ACTION NO: 3:13-cv-837-DCB-MTP**

**M. MARTIN, Warden**                                                 **RESPONDENT**

### ORDER

This cause came on this date to be heard upon the Report and Recommendation **[docket entry 23]** of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that the Report and Recommendation, recommending that (1) the Petitioner's motion for writ of mandamus be denied; (2) the petition for writ of habeas corpus be denied; and (3) the action be dismissed without prejudice, should be adopted by this Court. Accordingly,

IT IS, HEREBY ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker is adopted as the finding in this Court, the motion for writ of mandamus is DENIED, and the Plaintiff's Petition for Writ of Habeas Corpus is DENIED.

SO ORDERED, this the 18th day of September 2015.

                                                  /s/ David Bramlette
                                                UNITED STATES DISTRICT JUDGE